IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY DUDLEY, ARTHUR DUDLEY, ROBERT DUDLEY, AND BRIAN DUDLEY | : : : | CIVIL ACTION |
| v. | : : | |
| VISION SOLAR, LLC | : | NO. 21-659 |

## ORDER

**AND NOW**, this 21st day of July, 2021, upon consideration of Defendant's Motion to Dismiss (Docket No. 8), and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.